# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

SEAN EDWARD KRIER,

    Plaintiff,

vs.

JERRY CONNELLY, DR. RICHTER,

    Defendants.

No. C13-0013-LRR

**ORDER**

The matter before the court is the plaintiff's motion for extension of time to submit his initial partial filing fee (docket no. 5) and motion to reconsider the decision not to appoint counsel (docket no. 6). The plaintiff filed both of his motions on May 8, 2013. In light of the court's July 22, 2013 order, the motion for extension of time to submit his initial partial filing fee is denied as moot. As to the motion to reconsider the decision not to appoint counsel, the plaintiff states nothing that leads the court to change its decision. This is especially so because it appears that the plaintiff has been seen by medical professionals and merely disagrees with the course of treatment that has been selected by them. To the extent that he asks for relief other than the appointment of counsel, the court concludes that it is not justified. There is no basis to stay this action or to require the remaining named defendants to provide him access to legal research. Therefore, the motion to reconsider the decision not to appoint counsel is denied.

    **IT IS SO ORDERED**.

    **DATED** this 31st day of July, 2013.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA